IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 21 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:15cr35LG-JCG |
| SERGIO JESUS VALDES<br>a/k/a El Junito<br>a/k/a Sergio Carrillo Valdez Carrillo Castillo<br>a/k/a Juan Manuel Miranda<br>a/k/a Juan Manuel Miranda Garcia | 18 U.S.C. § 1542<br>18 U.S.C. § 1028A |

**The Grand Jury charges:**

COUNT 1

On or about May 21, 2008, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **SERGIO JESUS VALDES a/k/a El Junito a/k/a Sergio Carrillo Valdez Carrillo Castillo a/k/a Juan Manuel Miranda a/k/a Juan Manuel Miranda Garcia**, did willfully and knowingly make false statements in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that in such application the defendant (1) falsely stated that his name was Juan Manuel Miranda; (2) falsely stated that he was born in the United States in the territory of Puerto Rico; (3) falsely stated that he was a United States citizen; (4) gave a false Social Security number; and (5) falsely signed the application under oath; all of which statements he knew to be false, in violation of Section 1542, Title 18, United States Code.

COUNT 2

On or about April 10, 2013, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **SERGIO JESUS VALDES a/k/a El Junito a/k/a Sergio Carrillo Valdes Carrillo Castillo a/k/a Juan Manuel Miranda a/k/a Juan Manuel Miranda Garcia**, did willfully and knowingly make false statements in an application for passport with

intent to induce or secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that in such application the defendant (1) falsely stated that his name was Juan Manuel Miranda; (2) falsely stated that he was born in the United States in the territory of Puerto Rico; (3) falsely stated that he was a United States citizen; (4) gave a false Social Security number; and (5) falsely signed the application under oath; all of which statements he knew to be false, in violation of Section 1542, Title 18, United States Code.

## COUNT 3

On or about April 10, 2013, in Harrison County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SERGIO JESUS VALDES a/k/a El Junito a/k/a Sergio Carrillo Valdez Carrillo Castillo a/k/a Juan Manuel Miranda a/k/a Juan Manuel Miranda Garcia,** aided and abetted by others known and unknown, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, J.M., during and in relation to the felony of false representation of United States citizenship as prohibited by Section 911, Title 18, United States Code.

All in violation of Sections 1028A and 2, Title 18, United States Code.

A TRUE BILL:

GREGORY K. DAVIS
United States Attorney

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the ___21___ day of ___April___, 2015.

UNITED STATES MAGISTRATE JUDGE

2